UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES V. IANNAZZO, Individually and
Derivatively on Behalf of GRI PARTNERS LLC,
and WILLIAM HIRSCH, Individually,

                              Plaintiffs,

-against-

JEFFREY A. DASH a/k/a JEFFREY A.
DASHOWITZ, DASH GROUP INC., A
CORPORATION, and GRI PARTNERS LLC,
a California limited liability company,
                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/13

13 CIVIL 0299 (AKH)

**JUDGMENT**

      Plaintiffs having voluntarily moved to dismiss, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on March 13, 2013, having rendered its Memo Endorsed Order granting Plaintiff's motion voluntarily to dismiss for inability to allege complete diversity of citizenship, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated March 13, 2013, Plaintiff's motion voluntarily to dismiss for inability to allege complete diversity of citizenship is granted.

Dated: New York, New York
       March 15, 2013

                                                        RUBY J. KRAJICK

                                                        Clerk of Court
                                   BY:
                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____